RECEIVED
NOV 0 5 2014
BY:

# STATE OF INDIANA

## CLAIM FOR PROPERTY DAMAGE AND PERSONAL INJURY

## FROM THEFT OF VEHICLE

Pursuant to IC 34-13-3, Claimant submits this, her Tort Claim for Damages.

1. CLAIMANT, Brenda Parker, Driver's License No. ████████ issued in the State of Georgia

2. DATE AND TIME OF LOSS: May 9, 2014 between 11:30 p.m. and 12:30 a.m.

3. EXACT LOCATION OF LOSS: Bent Tree Apartments, located at 3210 Ramblewood Drive, Indianapolis, IN 46268, in front of my building at 8260 Bentwood Circle Drive, East, vehicle was stolen. The on the truck tow of vehicle took place in circle of apartment complex, across from leasing office at 3210 Ramblewood Drive, and in front of all three Officers and with their permission.

4. DOLLAR AMOUNT OF LOSS: $30,000.00 for lost of vehicle, expenses for renting vehicles, $1000.00 and counting, expenses for being forced to utilize rides from coworkers, public transportation of Indy Go, Lyft and Uber to get to work and around, $200.00 and counting, consistently swollen left knee from chasing tow truck forced walking for physical and financial restraints, stress and aggravation of getting around the State of Indiana and out of the State of Indiana-constant.

5. STATE AGENCY: INDIANAPOLIS POLICE DEPARTMENT OF MARION COUNTY, OFFICERS INVOLVED: Officer Logal, ████████, Officer Pilkington, ████████ and Officer Rolinson, Supervisor, ████████

6. NAME AND ADDRESS OF ALL PERSONS INVOLVED: Brenda Parker, 8260 Bentwood Circle East Drive, Claimant; 5 Star Automotive Services, LLC, address

1 v N

P. Exh. A

unknown –right now; Driver of Tow Truck stated to be, Dalias, with a telephone number of ███████-44 or ███████, Defendants. Reported name of tow truck from printed name on tow truck to Dispatcher when I called to report vehicle being stolen. On the telephone with Dispatch until Officers arrived and became parties.

7. ADDRESS OF CLAIMANT AT TIME OF LOSS: 8260 Bentwood Circle East, Indianapolis, IN 46268. Mailing address: 1427 W. 86th Street, #609, Indianapolis, IN 46260.

8. CLAIMANT'S CURRENT ADDRESS AND WORK/HOME TELEPHONE NUMBERS: 8260 Bentwood Circle East, Indianapolis, IN 46268, ███████.

9. HOW WAS THE STATE NEGLIGENT: The State of Indianapolis and State employees were negligent by failing to protect Claimant from a crime and failed to protect the property of Claimant, failed to serve Claimant in an emergency situation. Deprived Claimant of use of her vehicle and caused constant pain. The State of Indianapolis and State employees aided the tow truck driver in the illegal tow and theft of vehicle. Tow truck driver was trespassing and the Officers aided the tow truck driver, with his tow truck, in the completion of a crime.

10. EXPLANATION OF WHAT HAPPENED: Claimant was returning home for a brief moment around 11:15 p.m. I parked my vehicle in front of my building located at 8260 Bentwood Circle East Drive and went into my apartment for about 5 to 10 minutes. I returned outside and noticed my vehicle was gone. I immediately called 911 and reported my vehicle was stolen. I then ran around the curve of circular drive and noticed a tow truck stopped, with my vehicle being pulled from behind. The driver of the tow truck was outside the tow truck and he heard me yelling to

2

him to stop. The driver of the tow truck got back into the tow truck, really fast and continued to drive toward the exit of the circular drive of Bent Wood Circle. By the time the tow truck was about to exit onto adjacent street, within the circle of Bent Tree Apartments, he stopped. At this time I was out of breath and still talking with 911 dispatch operator. I informed dispatch operator that tow truck was stopped and officers were arriving- I could see them coming and approaching the circle. I proceeded to give the dispatch operator the tow truck information from the side of the tow truck and the numbers listed on the tow truck. The tow truck driver never stated to me why he had stolen my vehicle. The officers arrived, parked within the circle and proceeded to gather information from me. I informed the officers that my vehicle – a 2006 Ford Explorer, White in Color, was written off by my Creditor and that I had the documents to prove it. The male Officer stated, where is the document. I stated in my apartment. The Officer then instructed me to go retrieve the document. I ran back to my apartment and retrieved the document and returned to the location in the circle. I informed the Officers that the theft of my vehicle was being orchestrated by individuals I am in litigation with in the State of Georgia. I informed both Officers that these individuals have been stalking me via helicopters since December 2013. I pointed to the helicopters- 3 in total-in the sky- over our heads and the male Officer stated, the helicopters has nothing to do with this situation and that I am paranoid. The helicopters then moved in closer to incident area and were steady in the sky. Both Officers, one male and one female, viewed the document, which was a copy of my credit report. Both Officers then asked the driver of the tow truck for information. The tow truck driver stated he

3

was there to repossess the vehicle for Capitol One Auto. The driver then printed out a paper from within his truck and gave it to the male Officer. Both the male Officer and the female Officer read the document given to them by the tow truck driver and then read my document again. Throughout conversations between me and the two Officers, the two Officers continued to state to me that this is a civil matter and that they cannot get involved. Both Officers then stated, the document of the tow truck operator was more recent in date printed than my copy of my credit report and therefore, both Officers stated the driver of the tow truck could have possession of the vehicle. I requested to see the document and both Officers stated I did not need to see the document and that they read it and believe it. I then requested a Supervisor. The female Officer then questioned me as to what is owed on the vehicle and that the creditor has a right to possession when payment for vehicle not met. The male Officer reiterated this to me. The male Officer then informed me that a supervisor was coming. The Supervisor, Officer Rolinson appeared. He huddled with the two officers, he examined the documents, he spoke with the tow truck operator, he did not speak to me. The Supervisor, Officer Rolinson then stated to me that he reiterated what the two Officers believed and that the tow truck operator can have possession of my vehicle. I again stated that it was not Capitol One Auto attempting to gain possession of my vehicle but Defendants in a Georgia RICO Action in Georgia, who were perpetrating the theft of my vehicle. The Supervisor Officer Rolinson, then stated, well, the driver has a more up to date document which reveals he is entitled to possession. I requested to Supervisor, Officer Rolinson that I view the document from the tow truck driver. The Supervisor, Officer Rolinson



stated I didn't need to see the document. I then requested to retrieve my belongings from my 2006 Ford Explorer. Officer Rolinson stated, if you give the key to the tow truck driver, then he would allow me to get my belongings from my vehicle. I, against my will, gave the key to Officer Rolinson, who gave the key to the tow truck driver. I retrieved my possessions from my vehicle and the tow truck driver then secured my vehicle onto the bed of the tow truck. I asked when could I receive a case number for this incident. All Officers stated there is no case number because no crime has been committed. I then retrieved my belongings from the vehicle, with the assistance of Officer Rolinson. Officer Rolinson then gave me a ride back to my building at 8260 Bentwood Circle and stated, it is the law that when you don't pay for your vehicle that the creditor can pick it up at any time and that this was a civil matter that we as Officers cannot get involved in. I thanked Officer Rolinson for the ride and I informed him that I would be taking this matter up with the State of Indianapolis. I have not been contacted by Capitol One Auto. Capitol One Auto do not have knowledge of my address in Indianapolis, IN, to this date of submission of this Tort Claim. I also telephoned the police department, the following day, to ensure that the recordings of my call to report the theft of my vehicle was going to be preserved and I was assured that it is procedure to maintain the recordings.

I swear and affirm under the penalties of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

Brenda Parker, Claimant _Brenda Parker_ , Date _11-4-14_

Subscribed and sworn before me, this _4_
day of _November_ , _2014_, a Notary Public
in and for _Marion_ County,
State of _Indiana_

(Signature)
NOTARY PUBLIC
My Commission expires _Aug 10_ , _2014_



Notary Public, State of Indiana
Marion County
Commission # 620097
My Commission Expires
August 10, 2018