UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA PARKER, ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-00826-JMS-TAB |
| ) | |
| CAPITAL ONE AUTO FINANCE, CAPITAL ) | |
| ONE, NATIONAL ASSOCIATION N.A., et al. ) | |
| ) | |
|        Defendants. ) | |

**Entry Granting *In Forma Pauperis* Status**

The plaintiff's motion to proceed *in forma pauperis* [dkt. 2] is **granted** to the extent that the plaintiff shall be permitted to pay the $350.00 filing fee in ten installments of $35.00. The plaintiff shall make the first such payment to the clerk of the court **not later than July 1, 2015,** with each additional monthly payment to be paid not later than the 1st of the following nine months.

After the plaintiff has paid the initial partial fee, the Court will screen the complaint pursuant to 28 U.S.C. § 1915(e)(2).

    IT IS SO ORDERED.

Date:   06/03/2015

                                                      Hon. Jane Magnus-Stinson, Judge
                                                    United States District Court
                                                    Southern District of Indiana

Distribution:

Brenda Parker
1427 W. 86th Street, #609
Indianapolis, IN 46260