UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA PARKER, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-00826-JMS-TAB |
| ) | |
| CAPITAL ONE AUTO FINANCE, CAPITAL ) | |
| ONE, NATIONAL ASSOCIATION N.A., et al. ) | |
| ) | |
| Defendants. ) | |

**Entry Discussing Motion to Object**

The Court screened the plaintiff's complaint in the Entry of June 22, 2015, and dismissed some claims and allowed others to proceed. On July 2, 2015, the plaintiff filed a motion to object to the Court's entry. On July 13, 2015, the plaintiff filed an amended complaint. Her motion to object [dkt. 9] is now **denied as moot** in light of the filing of the amended complaint. The amended complaint filed on July 13, 2015, is the operative pleading in this case. The Court will screen the amended complaint in due course.

**IT IS SO ORDERED.**

Date: _____08/28/2015_____

_Jane E. Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Brenda Parker, 1427 W. 86th Street, #609, Indianapolis, IN 46260

Electronically registered counsel