UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRENDA PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER LOYAL, in official and individual | ) | No. 1:15-cv-00826-JMS-TAB |
| capacity, | ) | |
| OFFICER PILKINGTON, in official and | ) | |
| individual capacity, | ) | |
| OFFICER ROLINSON, in official and | ) | |
| individual capacity, | ) | |
| MARK SENESAC, | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY DISCUSSING REQUEST TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

Ms. Parker seeks leave to proceed on appeal without prepayment of the appellate fees of

$505.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal

is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962).

"Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective,

standard. *See id.* There is no objectively reasonable argument Ms. Parker could present to argue

that the disposition of this action was erroneous. In pursuing an appeal, therefore, Ms. Parker "is

acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous

claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v.*

*Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, her appeal is not taken in good faith,

and for this reason her request for leave to proceed on appeal *in forma pauperis,* [Filing No. 131],

is **DENIED.**

Date: 6/12/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via US Mail:**

BRENDA PARKER
1427 W. 86TH STREET
#609
INDIANAPOLIS, IN 46260

Mark Senesac
1900 Hart Street, Suite 37D
Dyer, IN 46311

**Distribution via ECF only to all counsel of record**